**GIBSON, DUNN & CRUTCHER LLP**
Michael Rosenthal (Tex. Bar No. 17281490)
John T. Cox III  (Tex. Bar No. 24003722)
Bennett Rawicki  (Tex. Bar No. 24083708)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel:  214.698.3100
MRosenthal@gibsondunn.com
TCox@gibsondunn.com
BRawicki@gibsondunn.com

*Counsel to Alvarez & Marsal CRF Management, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| Highland Capital Management, L.P. | § § § | Chapter 11 |
| Debtor. | § § § | Case No. 19-34054 (SGJ) |
| *In re James Dondero* | § § § | |
| James Dondero, | § § § | Adversary No.  21-03051 |
| Petitioner, | § § § | |
| v. | § § § | |
| Alvarez & Marsal CRF Management, LLC, and Farallon Capital Management LLC, | § § § § | |
| Respondents. | § § | |

## AMENDED NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the Court previously scheduled a status conference on

**Monday, September 27, 2021, at 1:30 p.m.** (Central Time) (the "Status Conference") in the

above-captioned adversary proceeding regarding the following:

*Notice of Removal*:  Complaint by James Dondero against Alvarez & Marsal CRF Management, LLC and Farallon Capital Management, L.L.C. [D.I. 1] (the "Notice of Removal")

**PLEASE TAKE FURTHER NOTICE** that the Court has re-scheduled the Status Conference for **Tuesday, October 12, 2021, at 1:30 p.m.** (Central Time).

**PLEASE TAKE FURTHER NOTICE** that the Status Conference on the Notice of Removal will be held via WebEx videoconference before The Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge.  The WebEx videoconference participation/attendance link for the Status Conference is:

https://us-courts.webex.com/meet/jerniga

A copy of the Court's WebEx Instructions for the Status Conference is attached hereto as Exhibit A. The Court's WebEx Instructions for the Status Conference may also be obtained from Judge Jernigan's hearing/calendar site at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates

[*remainder of page intentionally blank*]

Dated: September 20, 2021
     Dallas, Texas

Respectfully submitted,

/s/  *Michael A. Rosenthal*
Michael A. Rosenthal (Tex. Bar No. 17281490)
John T. Cox (Tex. Bar No.. 24003722)
Bennett Rawicki  (Tex. Bar No. 24083708)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:    214.698.3100
Email:  MRosenthal@gibsondunn.com
       TCox@gibsondunn.com
       BRawicki@gibsondunn.com

*Attorneys for Alvarez & Marsal CRF Management, LLC.*

## **EXHIBIT A**

*Clerk's Notice 21-05*

(WebEx Instructions)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**



**July 1, 2021**

**CLERK'S NOTICE 21-05**

**PARTICIPATING IN HEARINGS USING WEBEX**

For those participating in hearings using the Court's WebEx audio and video conferencing platform, please review the following information for helpful tips and instructions. WebEx Connection Information, providing applicable WebEx links and call-in numbers for the Judges in the Dallas, Fort Worth, and Wichita Falls Divisions, is attached to this Notice for your reference.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

Please connect at least 10 minutes prior to the hearing time using one of the two options below. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours prior to the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

It is strongly preferred that participants who wish to speak during a hearing use the WebEx application rather than using the "call-in" option described in Option 2.

Attorneys and/or witnesses who anticipate offering extensive testimony or legal argument, or conducting examination are required to utilize the video function. The Court may consider special requests for other appearance options on a case-by-case basis. Please contact the appropriate courtroom deputy for the presiding judge for further information.

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a smartphone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the Court or other participants.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call-in via phone (audio only).**

The meeting number/access code and dial-in number can be found on the attached WebEx Connection Information. Please use *6 or the mute function on your smartphone to mute your line.

## HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the Court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record. Also, use your proper name on your device or for your WebEx login when participating over video, so that the Court can more easily determine who is speaking.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. <u>If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.</u>

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the appropriate courtroom deputy.

## EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" event in ECF, with a true and correct copy of each designated exhibit filed as a separate, individual attachment, so that the Court and all participants have ready access to all designated exhibits. For voluminous exhibits, please consult the presiding judge's local exhibit requirements, as it may be necessary for you to provide the Court with an exhibit notebook or electronic file in advance of the hearing. For any witness who is to be called to testify remotely, the party calling the witness is responsible for supplying the witness or counsel, as appropriate, with paper copies of all designated exhibits prior to the hearing.

Demonstrative aids and PowerPoints should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

## WebEx Connection Information

WebEx Meeting Links:

| Judge | Link |
|---|---|
| Judge Harlin D. Hale | https://us-courts.webex.com/meet/hale |
| Judge Stacey G. C. Jernigan | https://us-courts.webex.com/meet/jerniga |
| Judge Mark X. Mullin | https://us-courts.webex.com/meet/mullin |
| Judge Edward L. Morris | https://us-courts.webex.com/meet/morris |
| Judge Michelle V. Larson | https://us-courts.webex.com/meet/larson |

WebEx Teleconference Information:

| Judge | Dial-in |
|---|---|
| Judge Harlin D. Hale | Dial-in 650-479-3207  Access Code  476-420-189 |
| Judge Stacey G. C. Jernigan | Dial-in 650-479-3207  Access Code  479-393-582 |
| Judge Mark X. Mullin | Dial-in 650-479-3207  Access Code  474-603-746 |
| Judge Edward L. Morris | Dial-in 650-479-3207  Access Code  473-581-124 |
| Judge Michelle V. Larson | Dial-in 650-479-3207  Access Code  160-135-6015 |