**GIBSON, DUNN & CRUTCHER LLP**
Michael Rosenthal (Tex. Bar No. 17281490)
John T. Cox III  (Tex. Bar No. 24003722)
Bennett Rawicki  (Tex. Bar No. 24083708)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
Tel:  214.698.3100
MRosenthal@gibsondunn.com
TCox@gibsondunn.com
BRawicki@gibsondunn.com

Marshall R. King (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166-0193
Tel:  214.351.4000
MKing@gibsondunn.com

*Counsel to Alvarez & Marsal CRF Management, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | |
| Highland Capital Management, L.P. | Chapter 11 |
| Debtor. | Case No. 19-34054 (SGJ) |
| *In re James Dondero* | |
| James Dondero, | Adversary No.  21-03051 |
| Petitioner, | |
| v. | |
| Alvarez & Marsal CRF Management, LLC, and Farallon Capital Management LLC, | |
| Respondents. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Alvarez & Marsal CRF Management, LLC ("A&M") hereby enters its appearance by and through its counsel, GIBSON, DUNN & CRUTCHER LLP, in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and requests that copies of all notices and pleadings given or filed in the Adversary Proceeding be delivered to and served upon it at the address, email, and telephone number as follows:

Michael A. Rosenthal
John T. Cox III
Bennett Rawicki
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:  214.698.3100
Email:  MRosenthal@gibsondunn.com
TCox@gibsondunn.com
BRawicki@gibsondunn.com


Marshall R. King
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Email:  MKing@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by A&M to the jurisdiction of this Court or any other court with respect to this Adversary Proceeding; or (b) a waiver of any right of A&M (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which A&M is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, and setoffs are hereby expressly reserved.

[*remainder of page intentionally blank*]

Dated: September 23, 2021
      Dallas, Texas

Respectfully submitted,

/s/   *Michael A. Rosenthal*
Michael A. Rosenthal (Tex. Bar No. 17281490)
John T. Cox III (Tex. Bar No. 24003722)
Bennett Rawicki (Tex. Bar No. 24083708)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:    214.698.3100
Email: MRosenthal@gibsondunn.com
         TCox@gibsondunn.com
         BRawicki@gibsondunn.com

*and*

Marshall R. King (*pro hac vice* pending)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel:    212.351.4000
Email: MKing@gibsondunn.com

*Counsel to Alvarez & Marsal*
*CRF Management, LLC.*

## CERTIFICATE OF SERVICE

    I certify that on September 23, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Eric T. Haitz*
                                          Eric T. Haitz