UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: In re James Dondero
James Dondero,

§
§
§ Case No.: 19-34054 (SGJ)
Plaintiff(s) §
§
v. Alvarez & Marsal CRF Management, LLC, and Farallon §
§ Adversary No.: 21-03051 (SGJ)
§
Defendant(s) §
§

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: King _____ Marshall _____ R. _____
                 *Last*            *First*           *MI*

2. Firm Name: GIBSON, DUNN & CRUTCHER LLP

3. Address: 200 Park Avenue
   New York, NY 10166-0193

4. Phone: 212.351.4000     FAX: 212.351.5243
   Email: MKing@gibsondunn.com

5. Name used to sign *all* pleadings: Marshall R. King

6. Retained by: Alvarez & Marsal CRF Management, LLC

7. Admitted on 12/19/91; 2/23/92 and presently a member in good standing of the bar of the highest court of the state of New Jersey; New York and issued the bar license number of 023301991; 2475572 .

8. Admitted to practice before the following courts:

   *Court:*                                          *Admission Date:*
   *See Attached

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: John T. Cox; Michael A. Rosenthal

14. Local counsel's address: 2001 Ross Avenue, Ste. 2100
    Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.


Marshall R. King                                              9/22/2021
Printed Name of Applicant                                     Date


   */s/ Marshall R. King*
Signature of Applicant

## MARSHALL R. KING
## COURT ADMISSION DATES

| | |
|---|---|
| United States Court of Appeals for the Fourth Circuit | January 31, 2008 |
| United States Court of Appeals for the Second Circuit | September 22, 2006 |
| United States District Court for the Eastern District of New York | July 1993 |
| United States District Court for the Southern District of New York | July 1993 |
| United States Court of Appeals for the Ninth Circuit | June 21, 2002 |
| United States Court of Appeals for the Eleventh Circuit | April 11, 2003 |
| New York State Court | March 23, 1992 |
| New Jersey State Court | December 19, 1991 |
| United States District Court of New Jersey | December 1991 |