**GIBSON, DUNN & CRUTCHER LLP**
Michael Rosenthal (Tex. Bar No. 17281490)
John T. Cox III  (Tex. Bar No. 24003722)
Bennett Rawicki  (Tex. Bar No. 24083708)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
Tel:  214.698.3100
MRosenthal@gibsondunn.com
TCox@gibsondunn.com
BRawicki@gibsondunn.com

Marshall R. King (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-0193
Tel:  214.351.4000
MKing@gibsondunn.com

*Counsel to Alvarez & Marsal CRF Management, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | |
|    Highland Capital Management, L.P. | Chapter 11 |
|                            Debtor. | Case No. 19-34054 (SGJ) |
| *In re James Dondero* | |
| James Dondero, | Adversary No.  21-03051 |
|                       Petitioner, | |
|    v. | |
| Alvarez & Marsal CRF Management, LLC, and Farallon Capital Management LLC, | |
|                    Respondents. | |

**CORPORATE OWNERSHIP STATEMENT OF ALVAREZ & MARSAL CRF MANAGEMENT, LLC**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for Alvarez & Marsal CRF Management, LLC ("AMCRF") files this Corporate Ownership Statement and states as follows:

- AMCRF is a wholly-owned subsidiary of Alvarez & Marsal Asset Management Services, LLC.

- Alvarez & Marsal Holdings, LLC and Alvarez & Marsal, Inc. are the only members of Alvarez & Marsal Asset Management Services, LLC.

- The following non-public corporation owns, either directly or indirectly, 10% or more of the equity interests in Alvarez & Marsal Holdings, LLC: Alvarez & Marsal, Inc.

- No public or non-public corporation owns, directly or indirectly, 10% or more of the equity interests in Alvarez & Marsal, Inc.

Dated: September 29, 2021
      Dallas, Texas

Respectfully submitted,

/s/  *Michael A. Rosenthal*
Michael A. Rosenthal (Tex. Bar No. 17281490)
John T. Cox III (Tex. Bar No.. 24003722)
Bennett Rawicki  (Tex. Bar No. 24083708)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:    214.698.3100
Email: MRosenthal@gibsondunn.com
       TCox@gibsondunn.com
       BRawicki@gibsondunn.com

*and*

Marshall R. King (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel:    212.351.4000
Email: MKing@gibsondunn.com

*Counsel to Alvarez & Marsal
CRF Management, LLC.*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Eric T. Haitz*
Eric T. Haitz