HOLLAND & KNIGHT LLP
Brent R. McIlwain  (Tex. Bar No. 24013140)
David C. Schulte    (Tex. Bar No. 24037456)
200 Crescent Court, Suite 1600
Dallas, TX  75201
(214) 964-9500
(214) 964-9501 (facsimile)
brent.mcilwain@hklaw.com
david.schulte@hklaw.com

*Attorneys for Farallon Capital Management, L.L.C.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Highland Capital Management, L.P.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| *In re James Dondero*<br><br>James Dondero,<br>            Petitioner,<br><br>v.<br><br>Alvarez & Marsal CRF Management, LLC, and Farallon Capital Management, L.L.C.,<br><br>            Respondents. | Adversary No. 21-03051 |

### **FARALLON CAPITAL MANAGEMENT, L.L.C.'S RULE 7007.1 DISCLOSURE**

In accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, respondent Farallon Capital Management, L.L.C. states that it is a Delaware limited liability company that is substantially owned by Farallon Capital Management, L.P., which is a Delaware limited partnership. Aside from the foregoing, there is no corporation that directly or indirectly owns 10%

---

[1] The last four digits of Debtor's taxpayer identification number are (6725). The headquarters and service address for Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

or more of any class of Farallon Capital Management, L.L.C.'s or Farallon Capital Management, L.P.'s equity interests.

By: */s/ Brent R. McIlwain*
Brent R. McIlwain  (Tex. Bar No. 24013140)
David C. Schulte    (Tex. Bar No. 24037456)
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX  75201
(214) 964-9500
(214) 964-9501 (facsimile)
brent.mcilwain@hklaw.com
david.schulte@hklaw.com

*Attorneys for Farallon Capital Management, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 4th day of October, 2021.

*/s/ Brent R. McIlwain*
Brent R. McIlwain, TSB 24013140