BTXN 021 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s)<br>James Dondero et al.<br>Plaintiff(s)<br>vs.<br>Alvarez & Marsal CRF Management, LLC et al.<br>Defendant(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 19–34054–sgj11<br>Chapter No.: 11<br><br>Adversary No.: 21–03051–sgj |

Dear Clerk:

  I herewith enclose certified copies of the original Order of Remand and docket sheet in the above captioned case which has been remanded to your district pursuant to:

  order entered 1/04/2022.

  Please acknowledge receipt on the copy of this form provided.


DATED:  1/27/22                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/C. Ecker, Deputy Clerk

___

I acknowledge receipt of the above referenced material or record and certify that it was filed in this court on _____.

Name: _____    Signature: _____

New Case Number: _____


For address information please visit our website. http://www.txnb.uscourts.gov